# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Srinivasan, Srikanth | 2. Court or Organization  U.S. Court of Appeals for the D.C. Circuit | 3. Date of Report  01/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Court of Appeals Judge | 5a. Report Type (check appropriate type)  ☑ Nomination, Date 01/03/2013  ☐ Initial ☐ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012  to  12/31/2012 |
| 7. Chambers or Office Address  Office of the Solicitor General  Department of Justice  950 Pennsylvania Ave., N.W.  Washington, D.C. 20530 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Visitors | Stanford University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | O'Melveny & Myers LLP - partnership income | $1,338,000.00 |
| 2. | 2012 | NO REPORTABLE NON-INVESTMENT INCOME | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 | | | | | Exempt | | | | |
| 2. - Spartan 500 Index FUSVX | A | Dividend | K | T | | | | | |
| 3. - Aston River Road Independent Value ARIVX | A | Dividend | J | T | | | | | |
| 4. - Aberdeen Emerging Markets GEGAX | A | Dividend | J | T | | | | | |
| 5. - Columbia Dividend Opportunity INUTX | A | Dividend | K | T | | | | | |
| 6. - Columbia Select Lrg Cap Growth ELGAX | A | Dividend | L | T | | | | | |
| 7. - Delaware Value DDVAX | A | Dividend | K | T | | | | | |
| 8. - Doubleline Total Rt Bond DLTNX | A | Dividend | K | T | | | | | |
| 9. - Dreyfus Bond Market Index DBMIX | A | Dividend | K | T | | | | | |
| 10. - Driehaus Active Income LCMAX | A | Dividend | K | T | | | | | |
| 11. - Federated Interm Corp Bond INISX | A | Dividend | J | T | | | | | |
| 12. - Listed Private Equity LPEFX | A | Dividend | J | T | | | | | |
| 13. - Merk Hard Currency MERKX | A | Dividend | J | T | | | | | |
| 14. - Forward EM Corp Debt Fund FFXRX | A | Dividend | J | T | | | | | |
| 15. - JP Morgan Strategic Income JSOAX | A | Dividend | J | T | | | | | |
| 16. - JP Morgan High Yield Bond OHYAX | A | Dividend | J | T | | | | | |
| 17. - MFS International Value MGIAX | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 01/03/2013 |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Morgan Stanley Global Real Estate MRLBX | A | Dividend | J | T | | | | | |
| 19.  - Pimco Total Return PTTDX (X) | A | Dividend | J | T | | | | | |
| 20.  - T.Rowe Price Growth Stock TRSAX | A | Dividend | K | T | | | | | |
| 21.  - RS Global Natural Resources RSNRX | A | Dividend | K | T | | | | | |
| 22.  - Ridgeworth Mid Cap Value SMVTX | A | Dividend | K | T | | | | | |
| 23.  - Rivernorth Core Opportunity RNCOX | A | Dividend | K | T | | | | | |
| 24.  - Riverpark Short Term High Yield RPHYX (X) | A | Dividend | J | T | | | | | |
| 25.  - T.Rowe Price Int'l Stock PAITX | A | Dividend | K | T | | | | | |
| 26.  - TCW Dividend Focused TGIGX | A | Dividend | K | T | | | | | |
| 27.  - TCW Small Cap Growth TGSNX | A | Dividend | J | T | | | | | |
| 28.  - Touchstone Focused Equity TFEAX | A | Dividend | J | T | | | | | |
| 29.  - Wasatch Int'l Opps WAIOX | A | Dividend | J | T | | | | | |
| 30.  - Wasatch Frontier Emerging Small Cos WAFMX (X) | A | Dividend | J | T | | | | | |
| 31.  - Wasatch Emerging Markets Small Cap WAEMX | A | Dividend | K | T | | | | | |
| 32.  - Fidelity Cash Reserves FDRXX | A | Interest | J | T | | | | | |
| 33.  - Leuthold Asset Allocation LAALX | A | Dividend | | | | | | | |
| 34.  - Merger Fund MERFX | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 35. - Pimco Emerging Markets PLDMX | A | Dividend | | | | | | | |
| 36. - Westcore Select WTSLX | A | Dividend | | | | | | | |
| 37. Brokerage Account #1 | | | | | | | | | |
| 38. - Spartan 500 Index FUSVX | A | Dividend | K | T | | | | | |
| 39. - Fidelity Interm Muni Income FLTMX | A | Interest | L | T | | | | | |
| 40. - Aston River Road Independent Value ARIVX | A | Dividend | J | T | | | | | |
| 41. - Aberdeen Emerging Markets GEGAX | A | Dividend | J | T | | | | | |
| 42. - Columbia Dividend Opp INUTX | A | Dividend | K | T | | | | | |
| 43. - Columbia Select Large Cap Growth ELGAX | A | Dividend | K | T | | | | | |
| 44. - Delaware Value DDVAX | A | Dividend | K | T | | | | | |
| 45. - Doubleline Total Return Bond DLTNX | A | Dividend | K | T | | | | | |
| 46. - Driehaus Active Income LCMAX | A | Dividend | J | T | | | | | |
| 47. - Listed Private Equity LPEFX | A | Dividend | J | T | | | | | |
| 48. - Merk Hard Currency MERKX | A | Dividend | J | T | | | | | |
| 49. - Forward EM Corp Debt Fund FFXRX | A | Dividend | J | T | | | | | |
| 50. - JP Morgan Tax Aware TXRSX | A | Dividend | K | T | | | | | |
| 51. - MFS Int'l Value MGIAX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Merger Fund MERFX | A | Dividend | J | T | | | | | |
| 53. - Morgan Stanley Global Real Estate MRLBX | A | Dividend | J | T | | | | | |
| 54. - Northern Interm Tax Exempt NOITX | A | Dividend | L | T | | | | | |
| 55. - T.Rowe Price Growth Stock TRSAX | A | Dividend | K | T | | | | | |
| 56. - RS Global Natural Resources RSNRX | A | Dividend | J | T | | | | | |
| 57. - Ridgeworth Mid Cap Value SMVTX | A | Dividend | J | T | | | | | |
| 58. - Rivernorth Core Opp RNCOX | A | Dividend | K | T | | | | | |
| 59. - T. Rowe Price Int'l Stock PAITX | A | Dividend | J | T | | | | | |
| 60. - TCW Dividend Focused TGIGX | A | Dividend | K | T | | | | | |
| 61. - TCW Small Cap Growth TGSNX | A | Dividend | J | T | | | | | |
| 62. - Touchstone Focused Equity TFEAX | A | Dividend | J | T | | | | | |
| 63. - Wasatch Int'l Opps WAIOX | A | Dividend | J | T | | | | | |
| 64. - Wasatch Emerging Markets Small Cos WAFMX (X) | A | Dividend | J | T | | | | | |
| 65. - Wasatch Emerging Markets Small Cap WAEMX | A | Dividend | J | T | | | | | |
| 66. - Wells Fargo Ultra Short Term Muni SMAVX | A | Dividend | J | T | | | | | |
| 67. - Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 68. - Leuthold Asset Allocation LAALX | A | Dividend | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,000 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 01/03/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Pimco Emerging Markets PLDMX | A | Dividend | | | | | | | |
| 70. - Westcore Select WTSLX | A | Dividend | | | | | | | |
| 71. Roth IRA #1 | | | | | | | | | |
| 72. - American Funds AMCAP A AMCPX (X) | A | Dividend | J | T | | | | | |
| 73. - American Funds New World A NEWFX (X) | A | Dividend | J | T | | | | | |
| 74. - American Funds Small Cap World A SMCWX (X) | A | Dividend | J | T | | | | | |
| 75. - American Funds Capital World Growth & Income A CWGIX (X) | A | Dividend | J | T | | | | | |
| 76. - American Funds Washington Mutual A AWSHX (X) | A | Dividend | J | T | | | | | |
| 77. - American Funds Income Fund of America A AMECX (X) | A | Dividend | J | T | | | | | |
| 78. Citibank Checking Account | A | Interest | K | T | | | | | |
| 79. Wells Fargo (various cash accounts) | A | Interest | P1 | T | | | | | |
| 80. American Express (various cash accounts) | D | Interest | J | T | | | | | |
| 81. College Savings Plans #1 | | | | | | | | | |
| 82. - American Funds AMCAP 529A | A | Dividend | M | T | | | | | |
| 83. - American Funds Balanced Funds 529A | B | Dividend | M | T | | | | | |
| 84. - American Funds Mutual Fund 529A | A | Dividend | K | T | | | | | |
| 85. - American Funds EuroPacific Growth 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - American Funds New Perspective 529A | A | Dividend | L | T | | | | | |
| 87. - American Funds Growth Fund of America 529A | A | Dividend | L | T | | | | | |
| 88. - American Funds Washington Mutual Investors Fund 529A | A | Dividend | J | T | | | | | |
| 89. Brokerage Account #2 | | | | | | | | | |
| 90. - American Funds Tax Exempt Bond Fund of America A AFTEX | A | Dividend | J | T | | | | | |
| 91. - American Funds Growth Fund of America A AGTHX | A | Dividend | J | T | | | | | |
| 92. - American Funds New Economy Fund A ANEFX | A | Dividend | J | T | | | | | |
| 93. - American Funds Tax Exempt Fund of VA A TFVAX | B | Dividend | | | | | | | |
| 94. - American Funds Fundamental Investors A ANCFX | A | Dividend | J | T | | | | | |
| 95. - American Funds Bond Fund of America A ABNDX | A | Dividend | J | T | | | | | |
| 96. Mass Mutual VULG Guaranteed Principal | A | Interest | L | T | | | | | |
| 97. Mass Mutual VULG American Funds Growth-Income | | None | J | T | | | | | |
| 98. Mass Mutual VULG Fidelity Contrafund | | None | J | T | | | | | |
| 99. Mass Mutual VULG DWS Small Cap Index | | None | K | T | | | | | |
| 100. Mass Mutual VULG MML Small/Mid Cap Equity | | None | J | T | | | | | |
| 101. Keough #1 | | | | | | | | | |
| 102. - Fidelity Diversified International FDIVX | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - American Beacon Large Cape Val Inv AAGPX | A | Dividend | | | | | | | |
| 104. - American Funds Growth of America Class R5 RGAFX | A | Dividend | | | | | | | |
| 105. - Rainier Sm/Mid Cap RIMSX | A | Dividend | | | | | | | |
| 106. - Buffalo Sm Cap Stock BUFSX | A | Dividend | | | | | | | |
| 107. - PIMCO Total Return Instl PTTRX | B | Dividend | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 01/03/2013 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 01/03/2013 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Srikanth Srinivasan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 | 164 | 200 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 532 | 700 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 961 | 900 |
| Real estate owned – personal residence | 1 | 700 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 11 | 000 | | | | |
| Cash value-life insurance | | 98 | 100 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 33 | 700 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 961 | 900 |
| | | | | Net Worth | 3 | 577 | 800 |
| Total Assets | 4 | 539 | 700 | Total liabilities and net worth | 4 | 539 | 700 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |